# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT

2023 SEP -1 A 10: 54

CLERK OF COURT

(Full name of plaintiff(s))

Kelvin Blayne Smith

v.

(Full name of defendant(s))

Kohler Company

Case Number:

**23-C-1182**

(to be supplied by Clerk of Court)

## A.    PARTIES

1.    Plaintiff is a citizen of ___Wisconsin___ and resides at
(State)

___1005 West Sunset Ridge Drive, West Bend___
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant ___Kohler Company___
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
_____
(State, if known)

and (if a person) resides at 444 Highland Drive, Kohler, Wisconsin _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

_____ See my complaint form _____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint – 2

Complaint – 3

Creator, :Kelvin-Blayne; .Smith: pro se

1005 West Sunset Ridge Drive

West Bend, Wisconsin

## United States District Court

### For the Eastern District of Wisconsin

Kelvin Blayne Smith
v.
Kohler Company et al.
444 Highland Drive
Kohler, Wisconsin 53044

Case number_____

## Complaint for Employment Discrimination

Place of employment:     Kohler Power Systems
N7650 County Road LS
Sheboygan, Wisconsin
53083

The Equal Employment Opportunity Commission issued a notice of right to sue for Charge Number 443-2022-03237, receipt viewed on June 12, 2023.

In November 2021, Kohler said on 1/1/22, they'd mandate everyone provide proof of Covid 19 vaccination and require those that did not provide proof to take covid 19 PCR tests, unless employees requested a religious exemption/accommodation. I sincerely hold a religious belief that conflicts with Kohler's vaccine mandate and my exemption was approved. In December 2021, Kohler and the UAW 833 disagreed on the Covid 19/testing mandate for union members and made an agreement on 2/22/22. In March 2022, UAW told the members about starting PCR weekly testing only for those with religious exemptions/accommodations to Kohler's mandate. Starting 3/21/22, Kohler harassed/coerced union members with religious exemptions/accommodations who didn't test the previous week. When my Foreman (Jamie McDonnell) questioned me about a missed PCR test, I advised him of the various State, Federal and International laws that were being violated and how PCR tests were used as form of vaccination; violating my religious exemption/accommodation. I requested a union representative under the Weingarten Law to be present and was denied. The foreman said missing a PCR test wasn't considered disciplinary and no union representative was needed; and that he was only informing me of missing a PCR test for religiously exempt/accommodated. I didn't comply to PCR testing going forward for the religiously exempt/accommodated, so each week my foreman and I had the same talk; each time he said it wasn't disciplinary and denied me a union representative. On 4/15/22, HR (Anna Pitner) and the Foreman Supervisor (James Nussberger) met with me. They refused and violated my Weingarten right to choose

my union representative and had the Chief Steward (Jamie Caldwell) represent me instead. In the meeting, HR gave me two options, either to go take a PCR test later that day (4/15/22) to continue employment, or only work the next night and then my badge would be turned off 4/17/22, plus I would maybe lose my position and be placed on an involuntary leave of absence until I complied unless the Kohler mandate ended. I gave 50 pages of exactly what was given to my Foreman, to HR and the Foreman Supervisor during the meeting. On 4/17/22 my badge was turned off and I was unable to work that night and going forward. When I filed for Wisconsin unemployment, they stated that I wasn't considered to be on an involuntary leave of absence since Kohler never gave papers stating such. Wisconsin Unemployment further stated that I was considered discharged without any disciplinary action taken prior to the discharge, and so I got my unemployment. On 5/31/22, Kohler ended their mandate and I had to take a new position, since Kohler gave my position away the first week I was locked out. Only employees with a religious exemption/accommodation were coerced and expected to comply with testing. My exemption said that putting toxic substances in my body was against my deeply held religious belief. I gave papers showing that the testing contained toxic substances with the potential to vaccinate, which went against my exemption/accommodation accepted by Kohler. Kohler simply recategorized the protected class (under Title VII of the Civil Rights Act) to disguise their blatant disregard of the protected class and even created new employee badges to separate the protected class from the other employees. Under Title VII of the Civil Rights Act of 1964, I was discriminated against based on my religion. Also, Kohler violated the Code of Federal Regulations §1605.2 and other State, Federal and International laws.

Request for relief: $50000

Lost average wages (regular and overtime based from wages prior to being discharged) for the duration discharged from Kohler and for the remainder of the following year.

Any and all fees relating to court costs.

Any and all Union seniority lost during discharge from Kohler returned.

Punitive damages for violating Title VII of the Civil Rights Act and the Weingarten Rights protective class.

By _:Kelvin-Blayne; .Smith:_

By :Kelvin-Blayne; .Smith:

Date _September 7, 2023_

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

See my complaint form

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___7___ day of ___September___ 20_23_.

Respectfully Submitted,

_Kelvin – Blayne ; Smith ;_
Signature of Plaintiff

_608-317-5930_
Plaintiff's Telephone Number

_dualglimer@aol.com_
Plaintiff's Email Address

_1005 West Sunset Ridge Drive, West Bend_

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☑    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5